UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cr-00435-ABD

**United States of America,**

v.

**Margarito Vidal Alvarez.**

## ORDER ACCEPTING PLEA

The Court has reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 3, 2026, wherein the defendant Margarito Vidal Alvarez waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11 Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the guilty plea be accepted. Defendant has not filed or otherwise indicated any opposition to the Report and Recommendation. The Court accordingly enters the following order:

ORDERED: The defendant Margarito Vidal Alvarez' plea of guilty to Count One (1) is accepted.

*So ordered by the Court on September 21, 2026.*

ANDREW DAVIS
United States District Judge